■ In the Matter of JAIME VALLE, Petitioner, v RUTH E. MOSKOWITZ et al., Respondents.—Motion by the petitioner in a proceeding pursuant to CPLR article 78, in the nature of a writ of prohibition and/or mandamus, to compel the respondents Justices Ruth E. Moskowitz and Sheldon Greenberg to appear.

Upon the papers submitted in support of the motion and no papers having been submitted in opposition thereto, it is,

Ordered that the motion is denied. Mangano, P. J., Thompson, Bracken, Sullivan and Harwood, JJ., concur.